**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Maurice Nesmith                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-10001 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                             Respectfully submitted,

                                             /s/ *Rebecca A. Solarz*

                                             Rebecca Solarz
                                             22 Oct 2020, 11:31:33, EDT

                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 627-1322