Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-10001-AMC**

MAURICE  NESMITH  
5628 BELMAR TERRACE  
PHILADELPHIA  PA    19143

Petition Filed Date: 01/01/2019  
341 Hearing Date: 02/08/2019  
Confirmation Date: 05/29/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $500.00 | 47046735249 | 01/13/2020 | $20.00 | 47046735957 | 01/13/2020 | $100.00 | 47046735960 |
| 03/04/2020 | $20.00 | 19065677600 | 03/04/2020 | $100.00 | 19065677597 | 03/04/2020 | $500.00 | 19077656742 |
| 04/14/2020 | $300.00 | 47047607235 | 04/29/2020 | $20.00 | 47039133907 | 04/29/2020 | $500.00 | 47039133905 |
| 04/29/2020 | $100.00 | 47039133906 | 06/23/2020 | $20.00 | 19121504284 | 06/23/2020 | $100.00 | 19121504281 |
| 06/23/2020 | $500.00 | 19121504280 | 07/21/2020 | $100.00 | 47049063378 | 07/21/2020 | $20.00 | 47049063379 |
| 07/21/2020 | $500.00 | 47049063377 | 08/18/2020 | $100.00 | 47049255167 | 08/18/2020 | $500.00 | 47049255166 |
| 08/18/2020 | $20.00 | 47049255169 | 09/30/2020 | $500.00 | 47049251060 | 09/30/2020 | $100.00 | 47049251061 |
| 09/30/2020 | $20.00 | 47049251062 | 10/20/2020 | $20.00 | 47049255902 | 10/20/2020 | $100.00 | 47049255904 |
| 10/20/2020 | $500.00 | 47050717614 | 12/08/2020 | $20.00 | 47050717795 | 12/08/2020 | $100.00 | 47050717793 |
| 12/08/2020 | $500.00 | 47050717895 | 01/12/2021 | $500.00 | 19202867134 | 01/12/2021 | $100.00 | 19202867135 |
| 01/12/2021 | $20.00 | 19202867137 | 02/17/2021 | $500.00 | 47051481469 | 02/17/2021 | $100.00 | 47051481470 |
| 02/17/2021 | $20.00 | 47051481472 | 03/22/2021 | $500.00 | 47051481178 | 03/22/2021 | $100.00 | 47051481180 |
| 03/22/2021 | $20.00 | 47051481182 | 04/23/2021 | $500.00 | 47051658838 | 04/23/2021 | $120.00 | 47051658839 |
| 05/18/2021 | $500.00 | 47052051889 | 05/18/2021 | $120.00 | 47052051890 | 06/09/2021 | $500.00 | 47052607011 |
| 06/09/2021 | $120.00 | 47052100583 | | | | | | |

**Total Receipts for the Period: $9,600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,270.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 6 | FREEDOM MORTGAGE CORPORATION<br>»»  006 | Mortgage Arrears | $26,541.51 | $10,392.23 | $16,149.28 |
| 4 | PATIENT FIRST<br>»»  004 | Unsecured Creditors | $170.94 | $0.00 | $170.94 |
| 1 | CITY OF PHILADELPHIA (LD)<br>»»  001 | Secured Creditors | $1,308.68 | $512.40 | $796.28 |
| 2 | CITY OF PHILADELPHIA (LD)<br>»»  002 | Secured Creditors | $173.68 | $68.00 | $105.68 |
| 5 | PINNACLE CREDIT SERVICES LLC<br>»»  005 | Unsecured Creditors | $253.00 | $0.00 | $253.00 |
| 3 | JEFFERSON LAW LLC<br>»»  003 | Attorney Fees | $3,291.90 | $3,291.90 | $0.00 |

**Chapter 13 Case No. 19-10001-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,270.00 | Current Monthly Payment: | $615.00 |
| Paid to Claims: | $14,264.53 | Arrearages: | $257.00 |
| Paid to Trustee: | $1,447.46 | Total Plan Base: | $35,592.00 |
| Funds on Hand: | $558.01 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.