| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-10001-AMC

MAURICE NESMITH  
5628 BELMAR TERRACE  
PHILADELPHIA PA   19143

Petition Filed Date: 01/01/2019  
341 Hearing Date: 02/08/2019  
Confirmation Date: 05/29/2019

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/23/2021 | $500.00 | 47051658838 | 04/23/2021 | $120.00 | 47051658839 | 05/18/2021 | $500.00 | 47052051889 |
| 05/18/2021 | $120.00 | 47052051890 | 06/09/2021 | $500.00 | 47052607011 | 06/09/2021 | $120.00 | 47052100583 |
| 07/13/2021 | $120.00 | 47052664695 | 07/13/2021 | $500.00 | 47052664694 | 08/17/2021 | $500.00 | 47053076149 |
| 08/17/2021 | $130.00 | 19285852083 | 09/21/2021 | $500.00 | 47053076495 | 09/21/2021 | $130.00 | 47053076497 |
| 10/13/2021 | $500.00 | 47053075519 | 10/13/2021 | $130.00 | 47053075521 | 11/16/2021 | $500.00 | 47053119358 |
| 11/16/2021 | $130.00 | 47053119359 | 12/13/2021 | $500.00 | 47053621420 | 12/13/2021 | $130.00 | 47053621421 |
| 01/12/2022 | $130.00 | 47054465666 | 01/12/2022 | $500.00 | 47054465664 | 03/02/2022 | $130.00 | 77841872757 |
| 03/07/2022 | $130.00 | 77841874540 | 03/07/2022 | $500.00 | 77841874539 | 04/08/2022 | $130.00 | 77841867103 |
| 04/08/2022 | $500.00 | 77841867136 | 05/10/2022 | $500.00 | 7787366007 | 05/10/2022 | $130.00 | 7787366008 |
| 06/10/2022 | $130.00 | 47055713240 | 06/10/2022 | $500.00 | 47055713241 | 07/19/2022 | $130.00 | 77873662372 |
| 07/19/2022 | $500.00 | 77873662361 | | | | | | |

**Total Receipts for the Period:  $9,540.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $23,950.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | FREEDOM MORTGAGE CORPORATION<br>»» 006 | Mortgage Arrears | $26,541.51 | $17,576.96 | $8,964.55 |
| 4 | PATIENT FIRST<br>»» 004 | Unsecured Creditors | $170.94 | $0.00 | $170.94 |
| 1 | CITY OF PHILADELPHIA (LD)<br>»» 001 | Secured Creditors | $1,308.68 | $866.69 | $441.99 |
| 2 | CITY OF PHILADELPHIA (LD)<br>»» 002 | Secured Creditors | $173.68 | $100.63 | $73.05 |
| 5 | PINNACLE CREDIT SERVICES LLC<br>»» 005 | Unsecured Creditors | $253.00 | $0.00 | $253.00 |
| 3 | JEFFERSON LAW LLC<br>»» 003 | Attorney Fees | $3,291.90 | $3,291.90 | $0.00 |

**Chapter 13 Case No. 19-10001-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,950.00 | Current Monthly Payment: | $615.00 |
| Paid to Claims: | $21,836.18 | Arrearages: | $1,187.00 |
| Paid to Trustee: | $2,099.46 | Total Plan Base: | $35,592.00 |
| Funds on Hand: | $14.36 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.