**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| In Re: | : |
| MAURICE NESMITH, | : Bankruptcy No. 19-10001-amc |
|    Debtor | : Chapter 13 |
| Freedom Mortgage Corporation | : |
|    Movant | : |
| | : |
|    v. | : |
| MAURICE NESMITH | : 11 U.S.C. §362 |
|    and | |
| Scott F. Waterman, ESQUIRE (TRUSTEE) | |
| | |
|    Respondent(s) | : |

**CERTIFICATION OF NO ANSWER REGARDING FREEDOM MORTGAGE CORPORATION'S MOTION FOR RELIEF FROM STAY (DE 46)**

The undersigned hereby certifies that, as of <u>August 17, 2022</u>, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before <u>July 26, 2022</u>.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  August 18, 2022        Respectfully submitted,

                                  Brock & Scott, PLLC

                                  <u>/s/Mario Hanyon</u>
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor

BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| In Re: | : |
| **MAURICE NESMITH,** | : Bankruptcy No. 19-10001-amc |
| Debtor | : Chapter 13 |
| **Freedom Mortgage Corporation** | : |
| Movant | : |
| | : |
| v. | : |
| **MAURICE NESMITH** | : 11 U.S.C. §362 |
| and | |
| **Scott F. Waterman, ESQUIRE (TRUSTEE)** | |
| | |
| Respondent(s) | : |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on August 19, 2022 to the following:

MAURICE NESMITH
5628 BELMAR TER
PHILADELPHIA, PA 19143-4713

Henry Alan Jefferson, Debtor's Attorney
Jefferson Law, LLC
1700 Market Street, Suite 1005
Philadelphia, PA 19103
hjefferson@hjeffersonlawfirm.com

Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com

United States Trustee, US Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

*/s/ Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567

Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com