Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-10001-AMC

MAURICE  NESMITH
5628 BELMAR TERRACE
PHILADELPHIA PA    19143

Petition Filed Date: 01/01/2019
341 Hearing Date: 02/08/2019
Confirmation Date: 05/29/2019

Case Status: Dismissed After Confirmation on 4/19/2023

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 08/09/2022 | $500.00 | 28005658176 | 08/09/2022 | $130.00 | 77873662922 | 09/12/2022 | $130.00 | 47056220191 |
| 09/12/2022 | $500.00 | 47056220189 | 10/12/2022 | $500.00 | 77873656091 | 10/12/2022 | $130.00 | 77873665168 |
| 11/08/2022 | $500.00 | 28326652727 | 11/08/2022 | $130.00 | 28326652738 | 12/07/2022 | $500.00 | 28357691534 |
| 12/07/2022 | $130.00 | 28357691556 | 01/05/2023 | $130.00 | 28275518687 | 01/05/2023 | $500.00 | 28275518676 |
| 02/07/2023 | $500.00 | 28526831998 | 02/07/2023 | $130.00 | 28526832000 | 03/16/2023 | $500.00 | 28536493746 |
| 03/16/2023 | $500.00 | 28536493757 | 03/16/2023 | $210.00 | 28536493768 | 03/16/2023 | $500.00 | 28536493735 |

**Total Receipts for the Period: $6,120.00   Amount Refunded to Debtor Since Filing: $4,796.99   Total Receipts Since Filing: $30,070.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 6 | FREEDOM MORTGAGE CORPORATION<br>»» 006 | Mortgage Arrears | $26,541.51 | $18,125.90 | $8,415.61 |
| 4 | PATIENT FIRST<br>»» 004 | Unsecured Creditors | $170.94 | $0.00 | $170.94 |
| 1 | CITY OF PHILADELPHIA (LD)<br>»» 001 | Secured Creditors | $1,308.68 | $1,129.61 | $179.07 |
| 2 | CITY OF PHILADELPHIA (LD)<br>»» 002 | Secured Creditors | $173.68 | $136.54 | $37.14 |
| 5 | PINNACLE CREDIT SERVICES LLC<br>»» 005 | Unsecured Creditors | $253.00 | $0.00 | $253.00 |
| 3 | JEFFERSON LAW LLC<br>»» 003 | Attorney Fees | $3,291.90 | $3,291.90 | $0.00 |
| 0 | MAURICE  NESMITH | Debtor Refunds | $4,796.99 | $4,796.99 | $0.00 |

**Chapter 13 Case No. 19-10001-AMC**

| SUMMARY |
| :---: |

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
| --- | --- | --- | --- |
| Total Receipts: | $30,070.00 | Current Monthly Payment: | $615.00 |
| Paid to Claims: | $27,480.94 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,589.06 | Total Plan Base: | $35,592.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
 for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.