UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Maurice Nesmith : Chapter 13
:
Debtor : Bankruptcy No. 2:19-bk-10001

MOTION OF DILKS & KNOPIK, LLC
AS ASSIGNEE TO MAURICE NESMITH,
FOR ORDER DIRECTING PAYMENT OF FUNDS IN COURT REGESTRY

Dilks & Knopik, LLC as assignee to Maurice Nesmith, debtor, ("the Movant"), requests that the court enter an order directing the payment of funds held in the court registry, on the following grounds.

1. Movant is the assignee of unclaimed funds owing to the debtor.

2. Debtor was due to receive and the Chapter 13 Trustee did, in fact, make a distribution to the Debtor from the estate in the amount of $4,796.99.

3. Debtor was not located and the funds of the Debtor were paid into the court pursuant to 11 U.S.C. §347.

4. Movant states Maurice Nesmith has assigned his unclaimed funds to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement.

5. Pursuant to 11 U.S.C. §347 and chapter 129 of title 28 of the U.S. Code, the Movant requests that the Court issue an Order directing payment to the Movant. Unclaimed funds received Receipt #No in the amount of $4,796.99.

6. The Movant further requests that the payment be made in the name of the Movant's assignee. Attached hereto and made a part hereof, marked as Exhibit "A", is a true and correct copy of the Assignment Agreement.

January 25, 2011

_____
Jason Brett Schwartz, Esquire
Attorney for Movant
85 Broad St., Suite 501
Philadelphia, PA 19130
267-909-9036 x 102

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Maurice Nesmith : Chapter 13
 :
      Debtor : Bankruptcy No. 2:19-bk-10001

CERTIFICATE OF SERVICE

    I, Jason Brett Schwartz hereby certify that I served a copy of the Motion of Dilks & Knopik, LLC as assignee to Maurice Nesmith, for Order Directing Payment of Funds In Court Registry and Notice of Motion, Response Deadline and Hearing Date by first class mail, postage prepaid, on the date below on the following:

Frederic J. Baker, Senior Assistant
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA I 9107

Zane David Memeger
U.S. Attorney
615 Chestnut Street - Ste. 1250
Philadelphia, PA 19106

(CASE TRUSTEE)
SCOTT F. WATERMAN [Chapter 13]
2901 St. Lawrence Ave. Suite 100
Reading, PA 19606

(DEBTOR)
Maurice Nesmith
5628 Belmar Terrace
Philadelphia, PA 19143

(DEBTORS ATTORNEY)
HENRY ALAN JEFFERSON
1700 Market Street Suite 1005
Philadelphia, PA 19103

January 25, 2011

                                                          Jason Brett Schwartz, Esquire
                                                          Attorney for Movant
                                                          85 Broad St., Suite 501
                                                          Philadelphia, PA 19130
                                                          267-909-9036 x 102

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Maurice Nesmith  : Chapter 13
 :
Debtor  : Bankruptcy No. 2:19-bk-10001

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Dilks & Knopik, LLC as assignee to Maurice Nesmith ("the Movant"), has filed a Motion for Order Directing Payment of Funds In Court Registry with the court requesting that the court order that certain funds held in the court registry be paid to Movant.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before _____ you or your attorney must do all of the following:

    (a) File an answer explaining your position at:

    Office of the Clerk of Court
    United States Bankruptcy Court
    900 Market Street, Suite 400
    Philadelphia, PA 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the Movant's attorney:

    Jason Brett Schwartz, Esquire
    Attorney for Movant
    85 Broad St., Suite 501
    Philadelphia, PA 19130
    267-909-9036 x 102

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.
3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan On _____ at _____ in Courtroom 3, Courtroom 3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19106.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

January 25, 2011

Jason Brett Schwartz, Esquire
Attorney for Movant
85 Broad St., Suite 501
Philadelphia, PA 19130
267-909-9036 x 102

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Maurice Nesmith : Chapter 13
:
Debtor : Bankruptcy No. 2:19-bk-10001

ORDER

AND NOW, this _____ day of _____, 20___, upon consideration of the Motion of Dilks & Knopik, LLC as assignee to Maurice Nesmith ("the Movant"), for Order Directing Payment of Funds In Court Registry, and the

Movant having served the United States Attorney as required by 28 U.S. C. §2041 et seq. and the Office of the U.S. Trustee and the case Trustee, and no objection having been made, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Funds held in the registry of the court or paid in pursuant to II U.S.C. §347 for the benefit of the Movant in the amount of $4,796.99 shall be paid to Dilks & Knopik, LLC and sent to 35308 SE Center Street, Snoqualmie, WA 98065.

_____
Ashely M. Chan
BANKRUPTCY JUDGE





## CERTIFICATE OF LLC RESOLUTION

The undersigned Members of Dilks & Knopik, LLC, an LLC, duly organized under the laws of Washington (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on June 7th, 2002 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that <u>Brian J Dilks</u>, <u>Caryn M Dilks f/k/a Caryn M Knopik</u>, <u>Andrew T. Drake</u> and <u>Jeffrey Hudspeth</u>, is hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by him/her as being in the best interests of The LLC; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this 4th day of January, 2024

_____
Brian J Dilks – Member

Date: 1/4/24

Subscribed and sworn to me this 1/4/2024

Notary Signature _Jessica Tipton_

My Commission Expires: 11/19/2027

_____
Caryn M Dilks f/k/a Caryn M Knopik – Member

Date: 01/04/2024

Subscribed and sworn to me this 1/4/2024

Notary Signature _Jessica Tipton_

My Commission Expires: 11/19/2027



**WASHINGTON Secretary of State**
**Corporations & Charities Division**

Filed
Secretary of State
State of Washington
Date Filed: 05/19/2023
Effective Date: 05/19/2023
UBI #: 602 211 447

# EXPRESS ANNUAL REPORT WITHOUT CHANGES

## BUSINESS INFORMATION

Business Name:
**DILKS & KNOPIK, LLC**

UBI Number:
**602 211 447**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Principal Office Mailing Address:

Expiration Date:
**06/30/2024**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**06/07/2002**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES, ANY LAWFUL PURPOSE**

## REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| BRIAN DILKS | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES |

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | BRIAN | DILKS |
| GOVERNOR | INDIVIDUAL | | CARYN | DILKS |

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2023051900346920 - 1
Received Date: 05/19/2023
Amount Received: $60.00

## CONTROLLING INTEREST

1. Does this entity own (hold title) real property in Washington, such as land or buildings, including leasehold improvements?
- No
2. In the **past 12 months**, has there been a transfer of at least 16-2/3 percent of the ownership, stock, or other financial interest in the entity?
- No
   a. If "Yes", in the **past 36 months**, has there been a transfer of controlling interest (50 percent or greater) of the ownership, stock, or other financial interest in the entity?
- No
3. If you answered "Yes" to question 2a, has a controlling interest transfer return been filed with the Department of Revenue?
- No

You **must** submit a Controlling Interest Transfer Return form if you answered "yes" to questions 1 **and** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## CONFIRMATION EMAIL ADDRESS

Note: Please enter in the email address you would like confirmation sent of this annual report and payment receipt.

Email Address:
**BRIAN.DILKS@DILKSKNOPIK.COM**

## EMAIL OPT-IN

By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

Person Type:
**INDIVIDUAL**

First Name:
**BRIAN**

Last Name:
**DILKS**

Title:
**MANAGING MEMBER**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

---

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2023051900346920 - 1
Received Date: 05/19/2023
Amount Received: $60.00




## Dilks | & | Knopik
*When Success Matters*

**Brian J Dilks**
Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x101
Fx. 877-209-8249
brian.dilks@dilksknopik.com
www.dilksknopik.com

BBB accredited since 2003 — ACCREDITED BUSINESS

## Dilks | & | Knopik
*When Success Matters*

**Andrew Drake**
Vice President - Operations

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 123
Fx. 877-209-8249
andrew.drake@dilksknopik.com
www.dilksknopik.com

BBB accredited since 2003 — ACCREDITED BUSINESS

## Dilks | & | Knopik
*When Success Matters*

**Caryn Knopik**
Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 102
Fx. 877-209-8249
caryn.knopik@dilksknopik.com

www.dilksknopik.com



*[Notary stamp: MATTHEW ZETTLEY, NOTARY PUBLIC #197679, STATE OF WASHINGTON, COMMISSION EXPIRES FEBRUARY 19, 2026]*

On this 31st day of January, 2024. I certify that the preceding or attached document titled (Assignment Agreement), (2 pages) is a true, accurate and complete copy of the original being held at 35308 SE Center Street, Snoqualmie, WA 98065

_____
Matthew Zettley – Notary Public
My commission expires: February 19, 2026

**Assignment Agreement**

This Assignment Agreement (the "Agreement") is entered into as of January 23, 2024 (the "Effective Date") by and between Dilks & Knopik, LLC, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee") and Maurice Nesmith with an address of 5628 Belmar Ter., Philadelphia PA 19143 (the "Assignor").

1. Assignor is/was a debtor in the case (19-10001) as filed in the Eastern District of Pennsylvania (the "Case"). As a debtor in the Case, Assignor was entitled to distribution of funds from the assets of the Bankruptcy Estate in the approximate amount of $4,796.99 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign, and convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

3. Assets Assigned: The assets herein assigned to Assignee are those stated in paragraph 1 above, that collectively are the Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1 in the Unclaimed Funds Registry.

4. Consideration: The consideration herein given by Assignee to Assignor shall be the sum **$3,197.99** which sum shall be remitted to Assignor. A check will be issue to the Assignor for the above stated amount once this claim is approved. **In the event Assignee recovers an amount over and above the Funds then Assignor shall be entitled to 100% of the additional amount recovered.**

5. This assignment shall be deemed an absolute and unconditional assignment of funds for the purpose of collection and satisfaction, and shall not be deemed to create a security interest.

6. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

7. Power of Attorney: To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik, LLC as its attorney-in-fact.

8. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Assignor: _____        Assignee: _____
**Maurice Nesmith**                                            Dilks & Knopik, LLC
                                                                               Andrew T. Drake – Vice President



## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Maurice Nesmith ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds.

The Assigned funds:

Debtor: Maurice Nesmith
Court: United States Bankruptcy Court - Eastern District of Pennsylvania
Case Number: 19-10001
Chapter: 13
Amount: $4,796.99

FUNDS ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Tuesday, January 23, 2024.

X_____
Maurice Nesmith

**Address Proof
Current Address**

**Address Proof
Of Record**

Pennsylvania DRIVER'S LICENSE — NOT FOR REAL ID PURPOSES
DUPS: 00
ISS: 12/02/2020
NESMITH
MAURICE E
5628 BELMAR TER
PHILADELPHIA, PA 19143
SEX: M  EYES: BRO
HGT: 5'-08"
CLASS: C
END: NONE
RESTR: 2
ORGAN DONOR

**Photo ID**

AO 213P (Rev. 5/22)

# REQUEST FOR PAYEE INFORMATION AND TIN CERTIFICATION

Refer to the instructions page for further information on completing this form. Vendors providing goods and services must use the AO 213 form.
*Note:* Typed forms and forms that include a populated Type of Vendor may result in more efficient and precise processing. \*\*For handwritten forms, please see the General Instructions for the list of options for the Type of Vendor, Part 3 - SSN/EIN and Part 4 - U.S. Tax Classification, and Part 6 - Account Type drop down menus.

**\*\*Type of Payee:** Unclaimed Fund Claimant     **Refund recipient only. Is the refund over $200?** Yes

### Part 1  Payee Information
Line 1.  Payee Name: Dilks and Knopik LLC
Line 2.  Additional payee information: *(if applicable)*

### Part 2  Business Name *(if different from above)*

### Part 3  Enter your TIN in the appropriate box.
The TIN provided must match the name given in Part 1, Line 1. \*\* EIN
EIN: 74-3049851
SSN:

### Part 4  \*\*Select the appropriate U.S. tax classification for person or entity listed in Part 1, Line 1.
LLC - S Corp

### Part 5  Mailing Address *(where payments, orders, and IRS 1099 forms, as applicable, will be sent)*
Street Address: 35308 SE Center Street
City: Snoqualmie     State: WA     Zip code: 98056
Point of Contact *(if different from above)*:
Name: Brian Dilks or Andrew Drake     Phone #: (425) 836-5728
Email: admin@dkllc.com

### Part 6  Electronic Funds Transfer (EFT) Information **(OPTIONAL)**
Owner(s) name appearing on bank account: Dilks and Knopik
Bank Name: Key Bank
\*\*Select an Account Type: Checking     Routing # (9 digits): 125000574
Account number *(do not include check number)*: 472741017389

### Part 7  Certification
**Under penalties of perjury, I certify that:**

1. The number shown on this form is my correct taxpayer identification number; and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined in the instructions).

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Signature: *[signed BD]*     Date: ~~08/28/2023~~ 1/31/2024

*Sensitive information must be securely maintained and only visible to designated staff.*

Page 1 of 3