**Address Proof**
**Current Address**

**Address Proof**
**Of Record**

Pennsylvania DRIVER'S LICENSE
NOT FOR REAL ID PURPOSES
DUPS: 00
4d DLN: [redacted]
3 DOB: [redacted]
4b EXP: [redacted]
4a ISS: 12/02/2020
1 NESMITH
2 MAURICE E
8 5628 BELMAR TER
PHILADELPHIA, PA 19143
15 SEX: M   18 EYES: BRO
16 HGT: 5'-08"
9 CLASS: C
9a END: NONE
12 RESTR: 2
DL
ORGAN DONOR

**Photo ID**