UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Maurice Nesmith  :  Chapter 13
                        :
    Debtor              :  Bankruptcy No. 19-10001-amc

## ORDER

AND NOW, this 25th day of April, 2024, upon consideration of the Motion of Dilks & Knopik, LLC as assignee to Maurice Nesmith ("the Movant"), for Order Directing Payment of Funds In Court Registry, and the Movant having served the United States Attorney as required by 28 U.S. C. §2041 et seq. and the Office of the U.S. Trustee and the case Trustee, and no objection having been made, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Funds held in the registry of the court or paid in pursuant to 11 U.S.C. §347 for the benefit of the Movant in the amount of $4,796.99 shall be paid to Dilks & Knopik, LLC and sent to 35308 SE Center Street, Snoqualmie, WA 98065.

_____
Ashely M. Chan
BANKRUPTCY JUDGE